UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| David Buono,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>EOS CCA; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Civil Action No.:  3:12-cv-01048-JCH |

### STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Defendants EOS CCA and Does 1-10, inclusive, with prejudice and without costs to any party.

| David Buono | EOS CCA |
|---|---|
| __/s/ Sergei Lemberg_____ | __/s/ Jonathan D. Elliot_____ |
| Sergei Lemberg, Esq.<br>(Juris No. 425027)<br>LEMBERG & ASSOCIATES<br>1100 Summer Street, 3rd Floor<br>Stamford, CT  06905<br>(203) 653-2250<br>Attorney for Plaintiff | Jonathan D. Elliot<br>Zeldes, Needle & Cooper, P.C.<br>1000 Lafayette Boulevard<br>Bridgeport, CT 06604<br>Tel: 203-333-9441<br>Fax: 203-333-1489<br>Attorney for Defendant |

_____
**SO ORDERED**

## CERTIFICATE OF SERVICE

  I hereby certify that on December 14, 2012, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) which sent notice of such filing to the following:

Jonathan D. Elliot
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06604

            By  /s/ Sergei Lemberg
              Sergei Lemberg